JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEROME DICKERSON,<br><br>                Plaintiff,<br><br>      vs.<br><br>LA CO SHERRIFF (LEE BACA), et al,<br><br>                Defendants. | Case No. CV 15-07454-DSF (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:   9/30/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1